■ Yvette Escobar, Appellant, v Ronnie Mori, Defendant, and Michael Sims et al., Respondents. (And Another Action.) [659 NYS2d 777] —In an action to recover damages for personal injuries, the plaintiff appeals, as limited by her brief, from so much of a judgment of the Supreme Court, Queens County (Golar, J.), entered September 13, 1996, as, upon a jury verdict and upon denial of her motion pursuant to CPLR 4404, dismissed the complaint as against the defendants Michael Sims, Edward Sims, and Guiseppe Schettini.

Ordered that the judgment is affirmed insofar as appealed from, with one bill of costs.

The verdict was supported by fair interpretation of the evidence *(see, Lolik v Big V Supermarkets,* 86 NY2d 744; *Nicastro v Park,* 113 AD2d 129, 134). Mangano, P. J., O'Brien, Ritter and McGinity, JJ., concur.